UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IAN PHILLIP JAMES                         :
6675 Horseshoe Drive
La Plata, MD 20646                        :

    Plaintiff

    v.
                                          Case No.:

INTERNATIONAL PAINTERS AND
ALLIED TRADES INDUSTRY PENSION
PLAN

Serve:                                    :
Gary J. Meyers
IUPAT Pension Fund Administrator :
1750 New York Avenue, N.W.,
 Suite 501
Washington, D.C. 20006-5301

    Defendant No. 1

GARY J. MEYERS
1750 New York Avenue, N.W.,
 Suite 501
Washington, D.C. 20006-5301

    Defendant No. 2

Also serve:                               :
**Secretary of Labor**
c/o Ron Whiting, Deputy Solicitor :
200 Constitution Avenue, N.W.
  Room S2002
Washington, D.C. 20210

Also serve:
**Secretary of the Treasury**
1500 Pennsylvania Avenue N.W.
Washington, D.C. 20220

## COMPLAINT

COMES NOW the Plaintiff, Ian Philip James, by and through his attorney, and states the following complaint:

1. This action arises under the Employee Retirement Income Security Act, 29 U.S.C. §1132 et seq. Jurisdiction and venue are based upon 29 U.S.C. §1132(e).

2. This Court has subject matter jurisdiction over this action pursuant to ERISA Section 29 U.S.C. §1132(e)(1).

3. The International Painters and Allied Trades Industry Pension Plan is administered in the District of Columbia. This District is the proper venue pursuant to ERISA Section 29 U.S.C. §1132(e)(2).

4. Defendant No. 2, Gary J. Meyers, is the pension plan Fund Administrator who performs his duties in that capacity in the District of Columbia.

5. The Plaintiff, having qualified by virtue of his years of covered employment under a bargaining agreement of a union under the plan, is entitled to retirement benefits under the Defendant pension plan.

6. In February of 2005, Plaintiff applied for retirement benefits.

7. By letter dated August 16, 2007, the Plaintiff was awarded pension benefits based upon only 9.5 years of service

credits by Defendant No. 2., Gary J. Meyers, the Fund Administrator.

8. The Plaintiff, who has accrued several years of service credits which the Defendants are not honoring, is entitled to 14.54 years of service credits.

9. In denying years of service credits, the Defendants are improperly denying the Plaintiff a large amount of earned pension benefits.

10. The Defendants have abused their discretion with said denial.

### COUNT ONE - MONETARY DAMAGES

11. Plaintiff incorporates herein by reference all of the facts, allegations and statements previously set forth in this Complaint.

12. Plaintiff seeks compensatory damages for the past benefits that have improperly been denied to him.

WHEREFORE, Plaintiff seeks damages from both Defendants, jointly and severally, in the amount of five hundred thousand dollars.

### COUNT TWO - DECLARATORY JUDGMENT

13. Plaintiff incorporates herein by reference all of the facts, allegations and statements previously set forth in this Complaint.

14. Plaintiff seeks declaratory judgment as to the amount of retirement benefits, both past and future, to which he is entitled from the International Painters and Allied Trades Industry Pension Plan.

### COUNT THREE - INJUNCTIVE RELIEF

15. Plaintiff incorporates herein by reference all of the facts, allegations and statements previously set forth in this Complaint.

16. Plaintiff seeks injunctive relief ordering Defendant No. 2, Gary J. Meyers, the Fund Administrator, to pay the Plaintiff the benefits to which the Plaintiff is entitled.

### COUNT FOUR - REFUSAL TO SUPPLY REQUESTED INFORMATION

17. Plaintiff incorporates herein by reference all of the facts, allegations and statements previously set forth in this Complaint.

18. In denying the Plaintiff's application, the Defendants have failed to provide the Plaintiff's union employment records or any other relevant documentation, other than a single line from an unidentified spreadsheet, and failed to provide Plaintiff with an understandable explanation for the denial of benefits thereby violating 29 U.S.C. §1132(c)(1))(B) and 29 U.S.C. §1133.

19. By certified letter dated December 12, 2006, Plaintiff, through counsel, requested that Defendant Meyers provide the

Plaintiff, *inter alia*, with a clear explanation of the denial, a copy of the relevant plans and regulations, and a copy of the Plaintiff's records.

20. Plaintiff repeated his request, through counsel, in letters and/or faxes to Defendant Meyers or his designee, dated March 26, 2007, April 5, 2007, April 18, 2007, July 5, 2007, July 12, 2007, July 17, 2007 and August 17, 2007.

21. Defendant Meyers has failed to supply the requested records, explanation and information.

WHEREFORE, Plaintiff seeks damages from Defendant No. 2, Gary J. Meyers, in the amount of one hundred dollars per day from the date of each refusal in accordance with 29 U.S.C. §1132(c)(1))(B).

## COUNT FIVE - BREACH OF CONTRACT

22. Plaintiff incorporates herein by reference all of the facts, allegations and statements previously set forth in this Complaint.

23. In addition to statutory violations, Plaintiff seeks damages for common law breach of contract.

WHEREFORE, Plaintiff seeks a judgment against both Defendants, jointly and severally, in the amount of five hundred thousand dollars.

**COUNT SIX – ATTORNEYS FEES**

24. Plaintiff incorporates herein by reference all of the facts, allegations and statements previously set forth in this Complaint.

25. Plaintiff seeks attorneys fees and costs in pursuant to 29 U.S.C. §1132(g)(1) from both Defendants, jointly and severally.

                                                _/s/ Neil Intrater_
                                                Neil Intrater – #362459
                                                2310 Evans Drive
                                                Silver Spring, Maryland 20902
                                                301-754-0378
                                                Intrater@comcast.net
                                                Attorney for Plaintiff

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
IAN PHILLIP JAMES
6675 Horseshoe Drive
La Plata, MD 20646

## DEFENDANTS
INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN
GARY MEYERS

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Charles County
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY) _____
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Neil Intrater, Esq.
2310 Evans Drive
Silver Spring, MD 20902-4173
301-754-0378

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

N/A

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ● 4 |
| Citizen of Another State | ● 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
- [ ] 410 Antitrust

### ○ B. Personal Injury/Malpractice
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Medical Malpractice
- [ ] 365 Product Liability
- [ ] 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
- [ ] 151 Medicare Act

Social Security:
- [ ] 861 HIA ((1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g)
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g)

Other Statutes
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)   OR   ○ F. Pro Se General Civil

**Real Property**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent, Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**Personal Property**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**Bankruptcy**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**Property Rights**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**Federal Tax Suits**
- [ ] 870 Taxes (US plaintiff or defendant
- [ ] 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- [ ] 610 Agriculture
- [ ] 620 Other Food &Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 RR & Truck
- [ ] 650 Airline Regs
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**Other Statutes**
- [ ] 400 State Reapportionment
- [ ] 430 Banks & Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation

- [ ] 470 Racketeer Influenced & Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Satellite TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 900 Appeal of fee determination under equal access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☒ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

● 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

29 U.S.C. §1132. Claim for pension benefits wrongfully denied.

| VII. REQUESTED IN COMPLAINT | CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐ | DEMAND $ 500,000<br>JURY DEMAND: | Check YES only if demanded in complaint<br>YES ☐   NO ☒ |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | (See instruction) | YES ☐   NO ☐ | If yes, please complete related case form |
|---|---|---|---|

DATE  June 27, 2007        SIGNATURE OF ATTORNEY OF RECORD  /s/ [signature]

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.