UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IAN P. JAMES, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRIAL PENSION PLAN and GARY J. MEYERS, IUPAT Pension Fund Administrator, <br><br> Defendants. | Civil Action No. 07-2107 (RBW) |

**SCHEDULING ORDER**

Based on the representations of the parties at the initial scheduling conference in this case held on February 26, 2008, and in accordance with the oral orders of the Court issued at that conference, it is

**ORDERED** that this case is assigned to the Court's Standard Track. It is further

**ORDERED** that any motion by any party seeking leave to file an amended pleading shall be filed on or before March 3, 2008. It is further

**ORDERED** that the disclosures required by Federal Rule of Civil Procedure 26(a)(1) shall be made on or before March 12, 2008. It is further

**ORDERED** that discovery in this case shall close on August 1, 2008. It is further

1

**ORDERED** that this case shall be referred to a magistrate judge for mediation from August 1, 2008, until October 1, 2008. It is further

**ORDERED** that all parties shall appear before this Court for a status conference on October 7, 2008, at 9:00 a.m.

**SO ORDERED** this 26th day of February, 2008.

                                                 REGGIE B. WALTON
                                                 United States District Judge