```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

IAN PHILLIP JAMES                   :

        Plaintiff                   :

   v.                               :   Case No.: 1:07-cv-02107-RBW

INTERNATIONAL PAINTERS AND          :
ALLIED TRADES INDUSTRY
PENSION PLAN, et al.                :

        Defendants                  :
```

ANSWER TO COUNTERCLAIM

Now comes the Plaintiff, by and through his attorney, and answers the Defendant's Counterclaim as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Plaintiff admits that said Defendant is a "employee benefit [pension] plan" and neither admits nor denies at this time that said Defendant is a "multiemployer plan".

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Denied.

13. Plaintiff admits that his appeal was denied in August of 2005 and denies the remainder of the allegation.

14. Plaintiff neither admits nor denies.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Denied.

20. Denied.

21. Denied.

22. Plaintiff asserts that the Defendants are not entitled to deny Plaintiff's eligibility.

23. Admitted.

24. Admitted.

25. Denied.

26. Denied.

## AFFIRMATIVE DEFENSES

1. The Counterclaim fails to state a cause of action upon which relief can be granted.

2. Plaintiff incorporates herein and asserts as affirmative defenses all of the facts, statements and allegations contained in Plaintiff's Complaint.

3. Denial of benefits based upon lack of Defendants' maintaining complete records is arbitrary and capricious.

4. The Defendants' switching back and forth between awarding and denying benefits to the Plaintiff is  is arbitrary and capricious.

5. The Defendants may not seek an injunction against themselves.

Respectfully submitted,

 /s/  Neil Intrater
Neil Intrater - #362459
2310 Evans Drive
Silver Spring, Maryland 20902
301-754-0378
Intrater@comcast.net
Attorney for Plaintiff

-3-

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2008, a copy of the foregoing was sent electronically via ECF and via regular first class mail to:

>Kent Cprek
>510 Walnut Street
> Suite 1600
>Philadelphia, PA 19106-3683

attorney for Defendants.

/s/  Neil Intrater
_____